"O"

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE S. POYDRAS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. SACV 07-892 AN<br><br>ORDER AFFIRMING DECISION OF COMMISSIONER |

After carefully reviewing the Administrative Law Judge's decision against the Administrative Record, the Court finds Plaintiff's contentions relating to the three disputed issues in the Joint Stipulation ("JS")[1] lack merit for reasons set forth in the Commissioner's opposing contentions, which Plaintiff's reply contentions do not refute, and that the Commissioner's final decision is free of legal error and supported by substantial evidence in the record.

IT IS THEREFORE ORDERED that judgment be entered affirming the Commissioner's final decision, and dismissing this action with prejudice.

DATED: June 4, 2008

        /s/  ARTHUR NAKAZATO
              ARTHUR NAKAZATO
         UNITED STATES MAGISTRATE JUDGE

---

[1] Both parties have consented to proceed before the undersigned Magistrate Judge. In accordance with the Court's Case Management Order, the parties have filed the JS and seek a dispositive order regarding the disputed issues set forth in the JS. The Court's decision is based upon the pleadings, the Administrative Record ("AR"), and the JS.