ENTER/JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE S. POYDRAS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. SACV 07-892 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: June 4, 2008     /s/  ARTHUR NAKAZATO
                                                  ARTHUR NAKAZATO
                                  UNITED STATES MAGISTRATE JUDGE